AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

|  |  |
|---|---|
| Stephen Corey James  <br>*Plaintiff*  <br>v.  <br>Sutliff Saturn, Inc.  <br>*Defendant* | )  <br>)  <br>) Civil Action No. 1:CV-09-1081  <br>)  <br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☑ **other:** It is hereby ordered and adjudged that summary judgment is entered in favor of the Defendant, Sutliff Saturn, Inc. and against Plaintiff Stephen Corey James.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge William W. Caldwell _____ on a motion for summary judgment.

Date: 04/23/2012

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

FILED
APR 23 2012
DEPUTY CLERK